UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOCKET NO: 01-1039-C-M                                                    SECTION: C

MARION HEBERT et al

VERSUS

THE MCCARTY CORPORATION

FILED: _____   DEPUTY CLERK: _____

## ORDER

ORDERED, ADJUDGED AND DECREED, that all claims of plaintiffs, Alvin A. Hebert, against defendant The McCarty Corporation only, in the above-captioned matter, be and hereby are, dismissed, without prejudice, with each party to bear its own costs, and, specifically reserving to plaintiffs all rights to prosecute claims and/or actions against all other defendants, solidary obligors, and other persons and/or entities named or not named herein.

*Baton Rouge*, Louisiana, this 10th day of January, 2008.

_____
Judge, Ralph Tyson
United States Middle District Court